ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 5:09 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 5:09:09 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

---

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants,*

v.

**ChampionX, LLC,**
*Appellee.*

---

On Appeal from the 419th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-20-000139

---

**UNOPPOSED SWORN MOTION OF NON-RESIDENT ATTORNEY
ANTOINETTE ELLISON FOR ADMISSION *PRO HAC VICE***

---

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
dsloan@jonesday.com

John M. Allan
Antoinette L. Ellison
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
jmallan@jonesday.com
aellison@jonesday.com

**COUNSEL FOR APPELLEE**

I, Antoinette Ellison, file this Unopposed Sworn Motion of Non-Resident Attorney for Admission *Pro Hac* Vice to appear before the Court in the above-referenced matter, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX.

## BACKGROUND

1.     I am associated with Deborah S. Sloan, who will personally participate in the appeal of this case. We are partners in the same law firm. Ms. Sloan is a practicing attorney and a member of the State Bar of Texas. Her information is as follows:

Deborah S. Sloan
Texas Bar No.: 00786230
Jones Day
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: dsloan@jonesday.com

2.     Ms. Sloan's Motion in Support of this Motion for Admission *Pro Hac Vice* is being filed separately.

3.     I am an active member in good standing with the State Bar of New York, the State Bar of Georgia, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Ninth Circuit, the U.S. Tax Court, the U.S. District Court for the Southern District of New York, the U.S.

District Court for the Eastern District of New York, and the United States District Court for the Middle District of Florida.

4.      I have previously appeared in the following cases or causes in Texas courts within the past two years, all of which are related matters involving the same tax refund claims but for different time periods:

*ChampionX, LLC, Plaintiff v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Defendants*, Cause No. D-1-GN-20-000139, In the District Court, Travis County, Texas 419th Judicial District.

*ChampionX, LLC, Plaintiff, v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Defendants*, Cause No. D-1-GN-21-000699, In the District Court of Travis County, Texas, 353rd Judicial District Court.

*ChampionX, LLC, Plaintiff v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Defendants,* Cause No. D-1-GN-22-003715, In the District Court of Travis County, Texas, 261st Judicial District Court.

*ChampionX, LLC, Plaintiff v. Glenn Hegar Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas, Defendants*, Cause No. D-1-GN-23-000226, In the District Court of Travis County, Texas, 53rd Judicial District Court.

*Nalco Company, LLC, Plaintiff v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Defendants,* Cause No. D-1-GN-24-000609, In the District Court of Travis County, Texas, 345th Judicial District Court.

5.      I have not been the subject of any disciplinary action in the last five years by the Bar or courts of any jurisdiction in which I have been licensed.

6. I have not been denied admission to the courts of any State or to any federal court during the preceding five years.

7. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the Bar, and will at all times abide and comply with the same so long as such Texas proceeding is pending and I have not withdrawn as counsel therein.

8. My contact information is included below my signature.

9. I have paid the nonresident attorney fee required by Section 82.0361(b) of the Texas Government Code. A copy of the December 17, 2024 Acknowledgment Letter from the Board of Law Examiners acknowledging receipt of my Application for *Pro Hac Vice* Admission and payment of the required fee is attached hereto as **Exhibit 1**.

## PRAYER

For the reasons stated above, I respectfully ask the Court to grant my motion to appear *pro hac vice* and allow me to appear in all proceedings before this Court until the conclusion of this case.

Dated:  January 14, 2025        Respectfully submitted,

*/s/ Antoinette Ellison*

Deborah S. Sloan        Antoinette Ellison *(pro hac vice* pending)
State Bar No. 00786230        JONES DAY
JONES DAY        1221 Peachtree Street N.E., Suite 400
2727 N. Harwood Street, Suite 500    Atlanta, Georgia 30361
Dallas, Texas 75201        Telephone:  (404) 521-3939
Telephone: (214) 220-3939     Facsimile:  (404) 581-8220
Facsimile: (214) 969-5100     aellison@jonesday.com
dsloan@jonesday.com

*Counsel for Appellee ChampionX, LLC*

## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(5), I certify that on January 6, 2025, I conferred with Appellants' counsel about the relief requested in this motion. Appellants' counsel responded that Appellants are unopposed.

*/s/ Antoinette Ellison*
Antoinette Ellison

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2025, a true and correct copy of the foregoing Unopposed Sworn Motion of Non-Resident Attorney Antoinette Ellison for Admission to Appear *Pro Hac Vice* was served on the following counsel of record by electronic service pursuant to Texas Rule of Appellate Procedure 9.5 or as otherwise indicated below:

Kelsey Hanson
Assistant Attorney General
Office of the Attorney General
Tax Litigation Division
P.O. Box 12548 (MC 029)
Austin, Texas 78711-2548

*/s/Antoinette Ellison*
Antoinette Ellison

# <u>VERIFICATION</u>

STATE OF GEORGIA  :

FULTON COUNTY  :

Before me, the undersigned notary, on this day personally appeared Antoinette Ellison, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified as follows:

"My name is Antoinette Ellison. I am capable of making this Verification. I read the Unopposed Sworn Motion for Admission *Pro Hac Vice*. The facts stated in it are within my personal knowledge and are true and correct."

_____
Antoinette Ellison


Sworn to and subscribed before me by Antoinette Ellison on this _1_ day of January, 2025.


_____
Notary Public in and for the State of Georgia
My commission expires: Aug. 21, 2028

# EXHIBIT 1

# Board of Law Examiners

Appointed by the Supreme Court of Texas

December 17, 2024

Antoinette Ellison
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: Antoinette Ellison**
>
> **Case: COA Number: 15-24-00111-CV; Trial Court Case Number: D-1-GN-20-000139**
>
> **Texas court or body: Court of Appeals, Fifteenth Judicial District, Austin, TX**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

No. 15-24-00111-CV

<hr>

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

<hr>

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants,*

v.

**ChampionX, LLC,**
*Appellee.*

<hr>

On Appeal from the 419th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-20-000139

<hr>

**DEBORAH S. SLOAN'S MOTION IN SUPPORT OF
ANTOINETTE ELLISON'S UNOPPOSED SWORN MOTION FOR
ADMISSION *PRO HAC VICE***

<hr>

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
dsloan@jonesday.com

John M. Allan
Antoinette L. Ellison
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
jmallan@jonesday.com
aellison@jonesday.com

**COUNSEL FOR APPELLEE**

I, Deborah S. Sloan, file this motion in support of the Sworn Motion of Antionette Ellison for Admission *Pro Hac Vice* in the above-captioned cause.

**BACKGROUND**

1.      I am associated with Antoinette Ellison on this case. I am employed as an attorney on this case and will personally participate in the appeal of this case.

2.      I am a practicing attorney and member in good standing with the State Bar of Texas. My State Bar number, office address, telephone number, facsimile number, and email address are included below my signature.

3.      Antionette Ellison is a reputable attorney in the states and jurisdictions in which she is licensed to practice. I recommend that the Court permit her to appear in this case.

4.      For the reasons stated above, I respectfully ask this Court to grant Antoinette Ellison's Unopposed Sworn Motion of Non-Resident Attorney for Admission *Pro Hac Vice* and allow her to appear before the Court in this case.

5.      I pray for all other relief, both general and specific, to which they may be justly entitled.

Dated:  January 14, 2025

Respectfully submitted,

*/s/ Deborah S. Sloan*

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street
Suite 500
Dallas, Texas  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
dsloan@jonesday.com

COUNSEL FOR APPELLEE

# VERIFICATION

STATE OF TEXAS          :

DALLAS COUNTY       :

Before me, the undersigned notary, on this day personally appeared Deborah S. Sloan, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Deborah S. Sloan. I am capable of making this Verification. I read the Unopposed Sworn Motion of Non-Resident Attorney Antoinette Ellison for Admission to Appear *Pro Hac Vice*. The facts stated in it are within my personal knowledge and are true and correct."

_____
Deborah S. Sloan

Sworn to and subscribed before me by Deborah S. Sloan on this ____ day of ____, 2025.



CARLA Y. DENNIS
Notary Public, State of Texas
Comm. Expires 02-14-2027
Notary ID 7506790

_____
Notary Public in and for the State of Texas

My commission expires: 2-14-2027

4

## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(5), I certify that on January 6, 2025, Antoinette Ellison conferred on my behalf with Appellants' counsel about the relief requested in this motion. Appellants' counsel responded that Appellants are unopposed.

/s/ Deborah S. Sloan
Deborah S. Sloan

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2025, a true and correct copy of this document was served on the following counsel of record by electronic service pursuant to Texas Rule of Appellate Procedure 9.5:

Kelsey Hanson
Assistant Attorney General
Office of the Attorney General
Tax Litigation Division
P.O. Box 12548 (MC 029)
Austin, Texas 78711-2548

*/s/ Deborah S. Sloan*
Deborah S. Sloan
Counsel for Appellee

No. 15-24-00111-CV

---

**IN THE COURT OF APPEALS**
**FOR THE FIFTEENTH JUDICIAL DISTRICT**
**AUSTIN, TEXAS**

---

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants,*

v.

**ChampionX, LLC,**
*Appellee.*

---

On Appeal from the 419th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-20-000139

---

**ORDER GRANTING UNOPPOSED SWORN MOTION OF
NON-RESIDENT ATTORNEY ANTOINETTE ELLISON FOR
ADMISSION *PRO HAC VICE***

---

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
dsloan@jonesday.com

John M. Allan
Antoinette L. Ellison
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
jmallan@jonesday.com
aellison@jonesday.com

ON THIS DAY came for consideration Antoinette Ellison's Unopposed Sworn Motion to Appear *Pro Hac Vice* and Deborah S. Sloan's Agreed Motion in Support of Antoinette Ellison's Unopposed Sworn Motion to Appear *Pro Hac Vice*, and the Court of Appeals is of the opinion that Antoinette Ellison's Sworn Motion to Appear *Pro Hac Vice* should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Antoinette Ellison is granted *pro hac vice* admission for the purposes of participating in, arguing, and trying this case.

SIGNED, this _____ day of _____, 2025.

_____

2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Dennis on behalf of Deborah Sloan
Bar No. 786230
cydennis@jonesday.com
Envelope ID: 96223169
Filing Code Description: Motion
Filing Description: Unopposed Sworn Motion of NonResident Attorney Antoinette Ellison for Admission Pro Hac Vice
Status as of 1/15/2025 7:10 AM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 1/14/2025 5:09:09 PM | SENT |
| John MAllan | | jmallan@jonesday.com | 1/14/2025 5:09:09 PM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 1/14/2025 5:09:09 PM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 1/14/2025 5:09:09 PM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelsey Hanson | 24096654 | kelsey.hanson@oag.texas.gov | 1/14/2025 5:09:09 PM | SENT |